The People of the State of New York on Complaint of Theresa Soriano, Respondent, v. Joseph Soriano, Appellant.— Motion denied, upon the ground that, pursuant to the provisions of sections 74 and 94 of the Laws of 1910,* and title 3 of part 5 of the Code of Criminal Procedure, the judgment of the Appellate Division of the Supreme Court upon an appeal in this proceeding is final.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Elizabeth B. Riley, Respondent, v. Eleanor M. Ransom and Others, Appellants.— Motion denied, without costs, without prejudice to any application appellants may desire to make in the proper court.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Caroline F. Rupp, by Frederick Boyd Stevenson, Her Guardian ad Litem, Respondent, v. Richard C. Rupp, Appellant.— Motion denied, with ten dollars costs.  Present — Jenks, P. J.  Carr, Rich, Stapleton and Putnam, JJ.

J. L. Emil Schueler, Appellant, v. Mary Louise Dooley, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

John A. Smythe, Respondent, v. T. A. Gillespie Company, Appellant.— Motion denied, without costs.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Charles H. Springer, Appellant, v. Henrietta T. Thompson, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Edwin A. Williams, Respondent, v. Frederick W. Zingsem, as Executor, etc., Appellant.— Motion to resettle order granted to the extent of permitting the plaintiff to reply or demur to the counterclaim contained in the answer within twenty days after service of the order, on condition that he pay ten dollars costs; otherwise, motion denied, with costs.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Yonkers Garden City Realty Company, Appellant, v. Jackson Brothers Realty Company and Others, etc., Respondents.— Motion denied, without costs.  Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Charles G. F. Bake, Respondent, v. United States Metal Products Company, a Foreign Corporation, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion.  Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Fred Bauer, an Infant, by Jacob Bauer, His Guardian ad Litem, Appellant, v. Montague Mailing Machinery Company, Respondent.— Order reversed on argument, and motion to set aside the dismissal of the complaint granted, and a new trial granted, costs to abide the event.  Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Hedwig Brengel, Appellant, v. Edward Hicks and Henry Hicks, Copartners, Doing Business under the Firm Name and Style of Isaac Hicks &

---

* Sic.  See Laws of 1910, chap. 659, § 74, as amd. by Laws of 1911, chap. 881; Id. § 94.— [REP.